IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
SEP -9 2010
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____ Deputy Clerk

JEMAINE MONTEIL CANNON, )
)
Plaintiff, )
)
v. ) No. CIV 09-499-RAW-SPS
)
STATE OF OKLAHOMA, et al., )
)
Defendants. )

## OPINION AND ORDER

Plaintiff filed this civil rights complaint and a motion for leave to proceed *in forma pauperis* on December 29, 2009. His *in forma pauperis* motion was denied on January 21, 2010, because he had at least three "strikes" under 28 U.S.C. § 1915(g). He was directed to pay the entire filing fee, but he instead filed a motion to reconsider the *in forma pauperis* determination. On April 8, 2008, the court denied plaintiff's motion to reconsider and again directed him to pay the entire filing fee. He appealed the order denying his motion to reconsider to the Tenth Circuit Court of Appeals, where he was ordered to pay the entire appellate filing fee. *Cannon v. State of Oklahoma*, No. 10-7027 (10th Cir. May 6, 2010). He failed to pay the appellate filing fee, so his appeal was dismissed on June 1, 2010.

**ACCORDINGLY,** this action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to pay the entire district court filing fee as directed. All pending motions are DENIED as moot.

**IT IS SO ORDERED** this 9th day of September 2010.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE